

# RICHARD J. MA, ESQ.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

December 31, 2019

*Via ECF*
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *United States v. Ethan Cave*
                 18 Cr. 689 (AT)

Dear Judge Torres:

       As Your Honor is aware, I am counsel to Mr. Ethan Cave, the above-referenced defendant. This letter is submitted to request an adjournment of the sentence date, which is currently scheduled on February 4, 2020.

       We are in the process of collecting medical and mental health treatment records necessary and essential to the preparation of our sentencing submission. We respectfully request an adjournment of approximately 90 days because: (i) we have had difficulty locating the records; and (ii) we anticipate that the records will be voluminous and will require substantial time to review. Therefore, we respectfully request an adjournment to the week of May 4, 2020 or thereafter. Based upon my communications with A.U.S.A. Adam Hobson, the Government consents to this request.

       Thank you. Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

                                                                 Respectfully submitted,

                                                                 /s/ Richard J. Ma

                                                                 Richard J. Ma, Esq.
                                                                 Counsel to Ethan Cave

GRANTED. The sentencing scheduled for February 4, 2020 is ADJOURNED to **May 7, 2020**, at **2:00 p.m.**

SO ORDERED.

Dated: January 2, 2020
       New York, New York

                                                 ANALISA TORRES
                                               United States District Judge