UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ETHAN CAVE,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2020____

18 Cr. 689-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the parties shall appear for a status conference on **January 21, 2020**, at **1:00 p.m.**

SO ORDERED.

Dated: January 14, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge