UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ETHAN CAVE,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2020___

18 Cr. 689-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the COVID-19 pandemic, the sentencing scheduled for May 7, 2020 is ADJOURNED to **September 17, 2020**, at **2:00 p.m.** Defendant's sentencing submission is due two weeks prior to sentencing, and the Government's submission is due one week prior to sentencing.

    The Clerk of Court is directed to terminate the motion at ECF No. 61.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                              ANALISA TORRES
                                  United States District Judge