UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

ETHAN CAVE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2021

18 Cr. 689-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for April 5, 2021, is ADJOURNED to **June 9, 2021**, at **11:00 a.m**. The Court finds that the sentencing can be delayed without "serious harm to the interests of justice." CARES Act § 15002(b)(2)(A).

    SO ORDERED.

Dated: April 2, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge