USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ETHAN CAVE,

                        Defendant.

18 Cr. 689-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for June 9, 2021, at 11:00 a.m. shall take place in Courtroom 15A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge