UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ETHAN CAVE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2022____

18 Cr. 689-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 12, 2022, Defendant Ethan Cave filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 91.  By **October 27, 2022**, the Government shall file its opposition.  By **November 3, 2022**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: October 13, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge